UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ISLAMIC CENTER OF MURFREESBORO )
AND DR. OSSAMA BAHLOUL )
 )
v. ) NO. 3:12-0738
 ) JUDGE TRAUGER
RUTHERFORD COUNTY, TENNESSEE )

ORDER

Pending before the Court is the Plaintiffs' Application For A Temporary Restraining Order (Docket No. 2). The Court held a hearing on the Application on July 18, 2012. For the reasons stated on the record, the Application is MOOT, in light of the Temporary Restraining Order granted in <u>United States v. Rutherford County, Tennessee,</u> Case No. 3:12-0737.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE