```
                    UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF TENNESSEE
                          NASHVILLE DIVISION
```

UNITED STATES OF AMERICA      )
                              )
        v.                    )   NO.  3:12-cv-0737
                              )
RUTHERFORD COUNTY, TENNESSEE  )


ISLAMIC CENTER OF MURFREESBORO )
                              )
        v.                    )   NO.  3:12-cv-0738
                              )
RUTHERFORD COUNTY, TENNESSEE  )


## O R D E R

A telephone conference with Magistrate Judge Brown is set for **Wednesday, June 18, 2014, at 11:00 a.m.** to discuss what, if anything, remains to be done in these matters.

**To participate in the conference call, the parties are required to call (615) 695-2851 at the scheduled time.**

It is so **ORDERED**.


                                    /s/ Joe B. Brown
                                    JOE B. BROWN
                                    United States Magistrate Judge