UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>RUTHERFORD COUNTY, TENNESSEE, )<br>)<br>    Defendant ) | Case No. 3:12-0737<br>Judge Sharp/Brown |
| ISLAMIC CENTER OF MURFREESBORO )<br>and DR. OSSAMA BAHLOUL, )<br>)<br>    Plaintiffs )<br>)<br>v. )<br>)<br>RUTHERFORD COUNTY, TENNESSEE, )<br>)<br>    Defendant ) | Case No. 3:12-0738<br>Judge Sharp/Brown<br>**Jury Demand** |

## **O R D E R**

A telephone conference was held with the parties in these two cases on June 18, 2014, to discuss what, if anything, remains to be done.

In view of the decision of the Tennessee Supreme Court concerning notice in this case it appears that these cases are essentially completed. The Department of Justice pointed out that there was a mandamus action pending in Chancery Court in Rutherford County. It appears, however, that the mandamus is moot at this time.

The attorneys for Rutherford County advised that they would prepare an appropriate pleading terminating the mandamus

action in Chancery Court and the counsel for the interveners advised that he would check that he was in a position to sign such a document.

The Department of Justice and the attorneys for the Islamic Center advised that once the request for the mandamus was terminated they would file appropriate pleadings dismissing their cases.

In view of the discussion it appears that nothing further needs to be set as far as deadlines in these cases at this time.

In the event the case cannot be dismissed as discussed, a further telephone call to set deadlines will be conducted at **11:00 a.m. CDT on July 29, 2014. To participate in the conference call, parties will call 615-695-2851 at the scheduled time.** By **noon, July 28, 2014,** counsel will submit a suggested scheduling order to [brownchambers@tnmd.uscourts.gov](brownchambers@tnmd.uscourts.gov).

It is so **ORDERED.**

/s/ Joe B. Brown  
JOE B. BROWN  
United States Magistrate Judge