UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ISLAMIC CENTER OF MURFREESBORO, et al. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 3:12-cv-0738 |
| RUTHERFORD COUNTY, TENNESSEE | ) ) | Magistrate Judge Brown |
| Defendant. | ) | |

## **O R D E R**

Pursuant to the Notice of Chancery Order Dismissing Case filed in related case 3:12-cv-0737 (Docket Entry 75), the telephone conference scheduled for July 29, 2014 before the Magistrate Judge is hereby **CANCELED.**

It is so **ORDERED.**

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge